IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR365 |
| vs. | |
| BENJAMIN FOOTE, | ORDER |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender Richard H. McWilliams and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Benjamin Foote (Filing No. 21). Mr. McWilliams represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. McWilliams's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 21) is granted.

Adam J. Sipple, 9900 Nicholas Street, Suite 225, Omaha, Nebraska 68114, (402) 346-8856, is appointed to represent Benjamin Foote for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. McWilliams shall forthwith provide Mr. Sipple with the discovery materials provided the defendant by the government and such other materials obtained by Mr. McWilliams which are material to Benjamin Foote's defense.

The clerk shall provide a copy of this order to Mr. Sipple, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge